UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 8:19-CR-74-JVS-5 |
| Plaintiff, | |
| v. | ORDER OF DETENTION AFTER HEARING |
| Jose Manuel Lopez Molina | (18 U.S.C. § 3142(i)) |
| Defendant. | |

I.

A. (✗) On motion of the Government involving an alleged

    1. (✗) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion (✗) (by the Government)/( ) (by the Court sua sponte involving)

    1. (✗) serious risk defendant will flee;

```
 1          2.   ( ) serious risk defendant will
 2               a. ( ) obstruct or attempt to obstruct justice;
 3               b. ( ) threaten, injure, or intimidate a prospective
 4                      witness or juror or attempt to do so.
 5                                    II.
 6      The Court finds no condition or combination of conditions will
 7  reasonable assure:
 8      A.   (✓) appearance of defendant as required; and/or
 9      B.   (✓) safety of any person or the community;
10                                    III.
11      The Court has considered:
12      A.   (✓) the nature and circumstances of the offense;
13      B.   (✓) the weight of evidence against the defendant;
14      C.   (✓) the history and characteristics of the defendant;
15      D.   (✓) the nature and seriousness of the danger to any
16               person or to the community.
17                                    IV.
18      The Court concludes:
19      A.   (x) Defendant poses a risk to the safety of other persons
20               or the community because: _nature of charges_
21      _____
22      _____
23      _____
24      _____
25      _____
26      _____
27  ///
28  ///
```

B. (X) History and characteristics indicate a serious risk that defendant will flee because: no ties to community, no bail resources, not in US legally

C. ( ) A serious risk exists that defendant will:
1. ( ) obstruct or attempt to obstruct justice;
2. ( ) threaten, injure or intimidate a witness/juror; because: _____

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

IT IS ORDERED that defendant be detained prior to trial.

IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections facility separate from persons awaiting or serving sentences or person held pending appeal.

IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private consultation with counsel.

DATED: 5/6/19

*signature: John E McDermott*

~~EDWARD INFANTE~~ JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE